# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4011
_____

TANISHA E. ALEXANDER,

Appellant,

v.

NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2007-2,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Karen Cole, Judge.

May 30, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Melodee A. Smith, Ft. Lauderdale, for Appellant.

Jocelyn C. Smith of Sessions, Fishman, Nathan & Israel, LLC, Tampa; Melanie Weseman and Joseph F. Rosen of Pollack & Rosen, P.A., Coral Gables, for Appellee.